# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY KARL ADKINS and KEITH FITZWATER, | : |
| Plaintiff, | : |
| v. | : No. 4:18-CV-624 |
| BRADFORD COUNTY PROBATION AND PAROLE, *ET AL.*, | : (Judge Brann) |
| Defendants. | : |

## ORDER

**AND NOW**, this 25th day of July 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Keith Fitzwater's claims and his motion to proceed *in forma pauperis* are **DISMISSED WITHOUT PREJUDICE**.

2. Adkins has completed this Court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

3. Plaintiff Adkins' action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge